```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE AIG ERISA Litigation              Master File No.
                                        04 Civ. 9387 (JES)
------------------------------------X
THIS ORDER RELATES TO:                  ORDER
    ALL ACTIONS
------------------------------------X
```

5/7/08

The above-captioned actions having come before the Court, and counsel having informed the Court that a settlement agreement in principle has been reached, and the Court having considered all matters raised, it is

**ORDERED** that a Preliminary Approval Hearing shall occur on May 29, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated: New York, New York
       May 7, 2008

John E. Sprizzo
United States District Judge